# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. WILLIAMS, as Mother and Natural Guardian of F.T., a minor,<br><br>Plaintiff,<br><br>v.<br><br>TWIN RIVERS UNIFIED SCHOOL DISTRICT; DR. STEVEN MARTINEZ, and DOES 1 through 25,<br><br>Defendants. | **Case No.: 2:17-CV-02364-JAM-DB**<br><br>**ORDER TO PERMIT PLAINTIFF TO PROCEED UNDER PSEUDONYM "V. WILLIAMS" AND TO SEAL DECLARATION OF PLAINTIFF**<br><br>Date: TBD<br><br>Time: TBD<br><br>Courtroom: 6<br><br>District Court Judge: Hon. John A. Mendez |

**IT IS ORDERED** that Plaintiff shall be permitted to proceed with this lawsuit under the pseudonym "V.Williams, as Mother and Natural Guardian of F.T., a minor."

1

Order to Permit Plaintiff to Proceed Under Pseudonym "V. Williams" and to Seal Decl. of Plaintiff
Case No. 2:17-CV-02364-JAM-DB

**IT IS FURTHER ORDER** that Plaintiff's Declaration in support of this application shall be sealed to maintain the anonymity of her minor son, F.T.

Dated: May 4, 2018

                               **/s/ JOHN A. MENDEZ**
                                Hon. John A. Mendez
                                United States District Judge

2

Order to Permit Plaintiff to Proceed Under Pseudonym "V. Williams" and to Seal Decl. of Plaintiff
Case No. 2:17-CV-02364-JAM-DB