# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. WILLIAMS, as Mother and Natural Guardian of F.T., a minor,<br><br>Plaintiff,<br><br>v.<br><br>TWIN RIVERS UNIFIED SCHOOL DISTRICT; DR. STEVEN MARTINEZ, and DOES 1 through 25,<br><br>Defendants. | Case No.: 2:17-CV-02364-JAM-DB<br><br>**ORDER TO SEAL CONFIDENTIAL DOCUMENTS FILED IN SUPPORT OF MOTION TO COMPEL**<br><br>Date: TBD<br><br>Time: TBD<br><br>Courtroom: 6<br><br>District Court Judge: Hon. John A. Mendez |

**IT IS ORDERED** that the Declarations of James C. Ashworth, filed in support of Plaintiff's Motion to Compel, be sealed to prevent public access to confidential information. The documents to be sealed are attachment 2 to docket number 24, filed on February 14, 2019, and docket number 25, filed on February 15, 2019.

Dated: February 19, 2019

_____
Hon. John A. Mendez
United States District Court Judge

1