**JAMES C. ASHWORTH, SBN 151272**
THE ASHWORTH LAW OFFICE
1105 Kennedy Place, Suite 8
Davis, California, 95616
Telephone: (530) 574-1130
Facsimile: (530) 564-4987
Email: jim@theashworthlawoffice.com
Attorney for Plaintiff V. WILLIAMS, as
Mother and Natural Guardian of F.T, a minor

**SPINELLI, DONALD & NOTT**
A Professional Corporation
Ross R. Nott (SBN: 172235)
Alison W. Winter (SBN: 251084)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants
**TWIN RIVERS UNIFIED SCHOOL DISTRICT and
DR. STEVEN MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. WILLIAMS, as Mother and Natural Guardian of F.T., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN RIVERS UNIFIED SCHOOL DISTRICT; DR. STEVEN MARTINEZ, and DOES 1 through 25,<br><br>Defendants. | Case No.: 2:17-CV-02364-JAM-DB<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: November 10, 2017<br>FAC Filed: February 12, 2018 |

Plaintiff V. WILLIAMS, for herself and as guardian ad litem for F.T. and Defendant TWIN RIVERS UNIFIED SCHOOL DISTRICT hereby stipulate as follows:

1. On July 10, 2018, Plaintiff filed her Second Amended Complaint for Damages, alleging Causes of Action for Violation of Title VI, Violation of the Unruh Act, and Negligent Supervision against Twin Rivers Unified School District and Dr. Steven Martinez.

2. Defendants filed their Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to FRCP 12(b)(6) on July 27, 2018.

3. On September 28, 2018, the Court issued its Order granting the motion without leave to amend and dismissing Plaintiff's Second Cause of Action for Violation of the Unruh Act, and all Causes of Action against Defendant Dr. Steven Martinez.

4. As a result of the Court's ruling, the Twin Rivers Unified School District is the sole remaining Defendant and the complaint currently contains two Causes of Action: the First Cause of Action for Violation of Title VI (Discrimination) and Negligent Supervision.

The parties, by and through their counsel, have met and conferred regarding the remaining causes of action, and given due consideration to the merits of the claims, have stipulated as follows:

A.) Plaintiff V. Williams, as Mother and Natural Guardian of F.T., a minor, will stipulate to the dismissal with prejudice of the First Cause of Action for Violation of Title VI as to the Twin Rivers Unified School District pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i) with all parties to bear their own costs and attorney fees.

B.) In exchange for the dismissal of the Title VI Cause of Action, the Twin Rivers Unified School District will not dispute the issue of liability as to the Third Cause of Action for Negligent Supervision. However, the Twin Rivers Unified School District does not concede that F.T. was left alone and entirely without supervision as claimed in paragraph 14 of the Second Amended Complaint, only that supervision was inadequate to prohibit or deter the improper conduct that occurred on the school grounds.

C.) The remaining issues to be tried in the case are causation of injury/harm to F.T. and damages, if any, regarding F.T.'s Third Cause of Action for Negligent Supervision against the Twin Rivers Unified School District.

D.) The parties also request certain amendments to the Court's Scheduling Order due to the resulting changes in the nature and scope of this case caused by this Stipulation and Proposed Order. Specifically, this Stipulation eliminates the need for dispositive motions in that only one Cause of Action remains and liability is not in dispute. Consequently, the pre-scheduled dispositive motion date may be removed from the Court's calendar. Secondly, the parties request an additional

three weeks to complete discovery due to delays caused by the negotiation of this Stipulation. Therefore, the parties request that the discovery cut-off be extended from April 26, 2019 to May 17, 2019. The parties do not anticipate that this will affect any other dates due to the elimination of the need for dispositive motions. Finally, the parties request a settlement conference date in mid-June 2019 with an available Magistrate in the hopes of resolving the remaining issues of causation and damages related to the Negligent Supervision Cause of Action.

SO STIPULATED.

Dated: April 24, 2019  THE ASHWORTH LAW OFFICE

*/s/ James C. Ashworth*
JAMES C. ASHWORTH
Attorney for Plaintiff

Dated: April 24, 2019  SPINELLI, DONALD & NOTT

*/s/ Ross R. Nott*
Ross R. Nott
Attorney for Defendants

# ORDER

For good cause and in the best interest of the parties including minor plaintiff, it is ORDERED:

That Plaintiffs' First Cause of Action for Violation of Title VI is dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i) with all parties to bear their own costs and attorney fees.

Based on its admission, the Twin Rivers Unified School District shall be deemed liable for negligent supervision of F.T. for the incident alleged in paragraph 14 of the Second Amended Complaint leaving the legal issues of injury causation and damages, if any, on the Third Cause of Action for Negligent Supervision for resolution in this matter.

That the dispositive motion hearing currently scheduled for June 18, 2019, shall be taken off-calendar.

That the discovery cut-off date shall be extended from April 26, 2019, to May 17, 2019.

That a Settlement Conference shall be held on June 27, 2019, at 10:00 a.m. in Courtroom #27 before the Hon. Deborah L. Barnes, Magistrate Judge.

IT IS SO ORDERED.

DATED: April 24, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE