**JAMES C. ASHWORTH, SBN 151272**
**THE ASHWORTH LAW OFFICE**
770 L Street, Ste. 950
Sacramento, California 95814
Telephone: (530) 574-1130
Facsimile: (530) 564-4987
Email: jim@theashworthlawoffice.com

Attorney for Plaintiff V. WILLIAMS, as
Mother and Natural Guardian of F.T, a minor

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. WILLIAMS, as Mother and Natural Guardian of F.T., a minor,<br><br>Plaintiff,<br><br>v.<br><br>TWIN RIVERS UNIFIED SCHOOL DISTRICT, and DOES 1 through 25,<br><br>Defendants. | **Case No.: 2:17-CV-02364-JAM-DB**<br><br>**ORDER SEALING DOCUMENTS**<br><br>Date: TBD<br><br>Time: TBD<br><br>Courtroom: 6<br><br>District Court Judge: Hon. John A. Mendez |

WHEREAS, the parties have settled this lawsuit for $100,000.00 and require court approval of the settlement due to the age of the Plaintiff;

WHEREAS, Plaintiff is submitting two (2) declarations – that of James C. Ashworth (Plaintiff's attorney) and V. Williams (Plaintiff's mother and Guardian ad Litem) – in order to provide the court information upon which to evaluate the settlement for approval; and

WHEREAS, both of these declarations contain information, including exhibits, that identify Plaintiff and contain private information about the minor Plaintiff and his family.

The declarations of attorney James C. Ashworth and Guardian ad Litem V. Williams will be filed under seal.

IT IS SO ORDERED.

DATED: September 20, 2019                                         /s/ John A. Mendez

                                                                                     United States District Court Judge