**JAMES C. ASHWORTH, SBN 151272**
**THE ASHWORTH LAW OFFICE**
770 L Street, Ste. 950
Sacramento, California 95814
Telephone: (530) 574-1130
Facsimile: (530) 564-4987
Email: jim@theashworthlawoffice.com

Attorney for Plaintiff V. WILLIAMS, as
Mother and Natural Guardian of F.T, a minor

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. WILLIAMS, as Mother and Natural Guardian of F.T., a minor,<br><br>  Plaintiff,<br><br>  v.<br><br>TWIN RIVERS UNIFIED SCHOOL DISTRICT, and DOES 1 through 25,<br><br>  Defendants. | **Case No.: 2:17-CV-02364-JAM-DB**<br><br>**STIPULATION AND ORDER TO REOPEN CASE AND AMEND COURT ORDER RE SETTLEMENT**<br><br><br><br><br><br>District Court Judge: Hon. John A. Mendez |

     Plaintiff V. WILLIAMS and Defendant TWIN RIVERS UNIFIED SCHOOL DISTRICT hereby submit the following Stipulation and Proposed Orders to reopen the case and amend the court order regarding Settlement:

     WHEREAS, in August 2019, the parties reached a settlement in this matter in the amount of $100,000.00;

     WHEREAS, as one aspect of the settlement, Plaintiff received a quote for a structured settlement payment through the Arcadia Settlement Groups;

1

Stipulation to Reopen Case and Amend Court Order re Settlement
Case No. 2:17-CV-02364-JAM-DB

WHEREAS, on or about September 19, 2019, Plaintiff filed a petition for approval of the settlement, including the structured settlement plan through the Arcadia Settlement Groups;

WHEREAS, on or about October 25, 2019, the court approved the settlement, including the following distribution:

| | | |
|---|---|---|
| **1.** | **The Ashworth Law Office** | **$28,342.75** |
| | (Attorney's Fees and Costs) | |
| **2.** | **Arcadia Settlement Groups** | **$60,000.00** |
| | (Structured Settlement) | |
| **3.** | **V. Williams** | **$11,657.75** |
| | (Guardian ad Litem Compensation & F.T.) | |

[See Court's Minute Order – Docket No. 60]

WHEREAS, thereafter the court dismissed the matter and the parties provided the order to the Arcadia Settlement Groups to begin the process of purchasing the structured settlement and funding the remainder of the settlement;

WHEREAS, the proposed quote received by the parties had expired and obtaining a new quote became necessary and the parties were able to obtain a new quote, through the Arcadia Settlement Groups, from MetLife Assignment Company, Inc;

WHEREAS, the language in the previous settlement agreement and court order is insufficient for MetLife and they are insisting on an amendment to the court order before proceeding with the purchase of the structured settlement;

WHEREAS, MetLife requires that the court order specifically set forth an assignment to them and the exact amounts of the periodic payments they are to make;

WHEREAS, this stipulation and proposed order makes no changes to the amount of the settlement, the attorney's fees, costs or payment to the Guardian ad Litem. Furthermore, the amount being paid for the structured settlement has not changed, only the amount of the distribution (due to the change in interest rates) and the company through which it is being purchased;

WHEREAS, to effectuate the settlement and to avoid frustration of the court's previous order, the parties must seek to amend the court's previous order to provide for the exact amount of the payments to F.T. and the assignment of the obligation to make the periodic payments to MetLife Assignment Company, Inc.; and

WHEREAS, to obtain the required court order, the parties must reopen this matter that was previously dismissed by the court.

Dated: November 20, 2019           THE ASHWORTH LAW OFFICE


By: _____/s/*James C. Ashworth*_____
    JAMES C. ASHWORTH
    Attorney for Plaintiff
    V. WILLIAMS

Dated: November 20, 2019           SPINELLI, DONALD & NOTT


By: ___/s/Ross R. Nott_____
    ROSS R. NOTT
    Attorney for Defendant
    TWIN RIVERS UNIFIED
    SCHOOL DISTRICT

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED THAT:

This case is reopened for the limited purpose of amending the court's minute order regarding settlement issued on October 25, 2019 [Docket No. 60].

The settlement approved by the court on October 25, 2019, is not materially changed by this order, but the amounts of the distribution are specifically set forth as follow:

> An immediate cash payment to The Ashworth Law Office for attorney's fees and costs in the amount of $28,342.75;
>
> An immediate cash payment to the Guardian ad Litem V. Williams (f/b/o F.T.) in the amount of $11,657.25; and
>
> Future periodic payments to F.T. on the following dates and in the following amounts:
>
>> $20,000.00 guaranteed lump sum payable on August 16, 2028
>>
>> $55,885.85 guaranteed lump sum payable on August 16, 2031

The obligation to make the periodic payments described above may be assigned to MetLife Assignment Company, Inc. and funded by an annuity contract issued by Metropolitan Life Insurance Company, rated A+XV by A.M. Best Company, and AA- by Standard and Poor's.

IT IS SO ORDERED

Dated: November 20, 2019              /s/ John A. Mendez_____
                                      Hon. John A. Mendez
                                      United States District Court Judge